UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

**COLETTE BLACKWELL,**

    **Plaintiff,**

    v.

**KILOLO KIJAKAZI,**
**Acting Commissioner of Social Security,**

    **Defendant.**

Case No. 2:20-cv-9500
Magistrate Judge Norah McCann King

# FINAL JUDGMENT

This matter having come before the Court on the appeal from the final decision of the Commissioner of Social Security, and the Court having considered the submissions of the parties without oral argument pursuant to Rule 78 of the Federal Rules of Civil Procedure, and for the reasons set forth in the Opinion and Order filed on February 3, 2022,

**IT IS ORDERED** that the Commissioner's decision is **REVERSED** pursuant to Sentence 4 of 42 U.S.C. § 405(g) and **REMANDED** to the Commissioner for further proceedings consistent with the Opinion and Order filed on February 3, 2022.

February 3, 2022

*s/ Norah McCann King*
Norah McCann King
United States Magistrate Judge